IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN (RALEIGH) DIVISION

Case No. 5:12-cv-660-F

| | |
|---|---|
| WANDA WILSON<br><br>                            Plaintiff<br><br>vs.<br><br>ELRAC, INC., ELRAC, LLC,<br>THE GOODYEAR TIRE<br>& RUBBER COMPANY D/B/A JUST<br>TIRES<br><br>                            Defendants | |

## ORDER GRANTING DEFENDANT ELRAC, LLC'S MOTION TO SEAL

On this date, the Court having considered the Defendant ELRAC, LLC's Motion to Seal, all pleadings on file in this matter, and applicable law, the Court is of the opinion that the Motion to Seal should be GRANTED.

IT IS THEREFORE ORDERED THAT the exhibit in Docket Entry No. 1 titled "Attachment # 2 Exhibit – Enterprise Invoice", filed on October 10, 2012, shall be placed under seal.

IT IS SO ORDERED.

DATED: October  17 , 2012.

                                                          William A. Webb
                                                          United States Magistrate Judge

1