IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN (RALEIGH) DIVISION
CIVIL ACTION NO. 5:12-CV-00660-F

| | |
|---|---|
| WANDA WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ELRAC, INC., ELRAC, LLC, THE | ) |
| GOODYEAR TIRE & RUBBER | ) |
| COMPANY d/b/a JUST TIRES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER GRANTING
## THE GOODYEAR TIRE & RUBBER COMPANY
## D/B/A JUST TIRES' MOTION TO SEAL

On this date, the Court having considered Defendant The Goodyear Tire & Rubber Company d/b/a Just Tires' Motion to Seal, the pleadings filed in this matter, and applicable law, the Court is of the opinion that the Motion to Seal should be GRANTED.

IT IS, THEREFORE, ORDERED THAT DE 42-5, "Exhibit D, Accident Report dated October 31, 2006," which was filed on June 14, 2013, shall be placed under seal.

This the 11th day of July, 2013.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE