UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WANDA WILSON, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:12-CV-660-F** |
| ) | |
| ELRAC, INC., ELRAC, LLC and THE GOODYEAR ) | |
| TIRE & RUBBER COMPANY, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' Motions for Summary Judgment are ALLOWED, and all of Plaintiff's claims are DISMISSED. Additionally, the Defendants' Motions for Sanctions are ALLOWED. The Clerk of Court is DIRECTED to remove this matter from the court's pretrial and trial calendars.

**This Judgment Filed and Entered on October 10, 2013, and Copies To:**

Willie R. Perry, Jr. (via CM/ECF Notice of Electronic Filing)
Mark E. Anderson (via CM/ECF Notice of Electronic Filing)
Andrew Epstein (via CM/ECF Notice of Electronic Filing)
Charlot F. Wood (via CM/ECF Notice of Electronic Filing)

DATE                                                       JULIE A. RICHARDS, CLERK
October 10, 2013                                      /s/ Susan K. Edwards
                                                                    (By) Susan K. Edwards, Deputy Clerk